UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DELONGIS,

    Petitioner,

    v.

DERRICK L. OLLISON, Warden Ironwood State Prison,

    Respondents.
_____/

No. C 06-4236 PJH

**JUDGMENT**

Pursuant to the order dismissing DeLongis' federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge